```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 13547
   CHARLENE MOORE
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2892

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/28/2007 and was confirmed 09/27/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 02/28/2008.
------------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID
------------------------------------------------------------------------------
   COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00             .00             .00
   COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00             .00             .00
   COUNTRYWIDE HOME LENDING   UNSECURED      NOT FILED             .00             .00
   ECAST SETTLEMENT CORP      UNSECURED        1718.50             .00           16.11
   ECAST SETTLEMENT CORP      UNSECURED         984.08             .00             .00
   B-REAL LLC                 UNSECURED        3561.99             .00           33.38
   LVNV FUNDING               UNSECURED       13126.28             .00          140.09
   ECAST SETTLEMENT CORP      UNSECURED         815.77             .00             .00
   WHITEHALL CO               UNSECURED        1318.77             .00             .00
   HOUSEHOLD FINANCE CORPOR   UNSECURED        6626.06             .00           62.10
   HSBC NV                    UNSECURED      NOT FILED             .00             .00
   ECAST SETTLEMENT           UNSECURED         789.98             .00             .00
   HSBC NV                    UNSECURED      NOT FILED             .00             .00
   ECAST SETTLEMENT CORP      UNSECURED         239.10             .00             .00
   FEDERATED RETAIL HOLDING   UNSECURED         227.17             .00             .00
   GE CONSUMER FINANCE        UNSECURED         143.02             .00             .00
   SEARS/CBSD                 UNSECURED      NOT FILED             .00             .00
   TARGET NATIONAL BANK       UNSECURED        6256.84             .00           58.64
   THD/CBSD                   UNSECURED      NOT FILED             .00             .00
   WELLS FARGO FINANCIAL IL   UNSECURED         898.49             .00             .00
   WORLD FINANCIAL NETWORK    UNSECURED         157.79             .00             .00
   COUNTRYWIDE HOME LOANS     SECURED NOT I    2815.66             .00             .00
   COUNTRYWIDE HOME LOANS     SECURED NOT I   14445.92             .00             .00
   ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,834.00                        2,834.00
   TOM VAUGHN                 TRUSTEE                                            215.32
   DEBTOR REFUND              REFUND                                              90.36

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
   TRUSTEE                3,450.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 13547 CHARLENE MOORE
```

```
PRIORITY                                                          .00
SECURED                                                           .00
UNSECURED                                                      310.32
ADMINISTRATIVE                                               2,834.00
TRUSTEE COMPENSATION                                           215.32
DEBTOR REFUND                                                   90.36
                                  ---------------    ---------------
TOTALS                                   3,450.00           3,450.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 05/27/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```